No. 949, October Term, 1963. SINCLAIR v. BAKER ET AL., 377 U. S. 215;

No. 993, October Term, 1963. MITCHELL BROS. TRUCK LINES v. UNITED STATES ET AL., 378 U. S. 125;

No. 1062, October Term, 1963. BULLARD v. FLORIDA, 377 U. S. 992;

No. 1081, October Term, 1963. WALTHAM PRECISION INSTRUMENT CO., INC., ET AL. v. FEDERAL TRADE COMMISSION, 377 U. S. 992;

No. 1102, October Term, 1963. HOUSTON MARITIME ASSOCIATION, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD, 377 U. S. 993;

No. 1110, October Term, 1963. PAN-AMERICAN LIFE INSURANCE CO. v. THEYE Y AJURIA, 377 U. S. 997;

No. 1113, October Term, 1963. SMITH ET AL. v. VIRGIN ISLANDS ET AL., 377 U. S. 979; and

No. 1188, October Term, 1963. MERINO v. UNITED STATES MARSHAL, 377 U. S. 997. Petitions for rehearing denied.

No. 554, October Term, 1963. POPEIL BROTHERS, INC. v. ZYSSET ET AL., 376 U. S. 913, 959; and

No. 991, October Term, 1963. SPINELLI v. ISTHMIAN STEAMSHIP CO. ET AL., 377 U. S. 935, 1010. Motions for leave to file second petitions for rehearing denied.

No. 481, October Term, 1963. VIKING THEATRE CORP. v. PARAMOUNT FILM DISTRIBUTING CORP. ET AL., 378 U. S. 123. Petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 983, October Term, 1963. CHICAGO NORTH SHORE & MILWAUKEE RAILWAY CO. v. UNITED STATES, 377 U. S. 964. Motion for leave to file petition for rehearing denied.